TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00693-CR

William Fleshwood, Jr., Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY

NO. 97-3883-2, HONORABLE ROBERT F. B. MORSE, JUDGE PRESIDING

PER CURIAM

Appellant's motions to substitute counsel and to dismiss this appeal are granted. 
See Tex. R. App. P. 42.2(a). The appeal is dismissed.

Before Justices Jones, Kidd and Patterson

Dismissed on Appellant's Motion

Filed: October 7, 1999

Do Not Publish